NUMBER 13-08-00190-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



CARMEN RAMIREZ, Appellee.

____________________________________________________________


On appeal from the 139th District Court


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yanez, Garza, and Vela 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its Criminal District Attorney, the
Honorable René Guerra, has filed a motion for dismissal of its appeal pursuant to Rule
42.2 of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a). No decision
of this Court having been delivered to date, we grant the motion and dismiss the appeal.
Having dismissed the appeal at appellant's request, no motion for rehearing will be
entertained, and our mandate will issue forthwith.


 PER CURIAM


Do not publish. 

See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed

this 30th day of October, 2008.